July 25, 1975.

M. P. No. 75-157. RICHARD ST. PIERRE *v.* JAMES W. MULLEN, *Warden.* Petition for writ of habeas corpus for the purpose of bail is denied as being moot since under G. L. 1956 (1969 Reenactment) §12-13-7 the defendant is entitled to bail. See *In re Deslovers,* 35 R. I. 248, 86 A. 657 (1913) and *Marzilli* v. *Howard,* 108 R. I. 309, 274 A.2d 902 (1971). *William F. Reilly,* Public Defender, *Peter DiBiase,* Asst. Public Defender, for petitioner. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for respondent.

M. P. No. 75-182. JOHN E. VARGUS *v.* RICHARD CASPARIAN. Motion that Richard Casparian be removed as court-appointed attorney is denied. *John E. Vargus,* petitioner, pro se.

M. P. No. 75-189. LEONARD J. COLAPIETRO *et ux. v.* DENNIS J. MURPHY, JR. *et al.* Petition for certiorari granted. *James DiPrete, Jr., Joseph C. Manera, Jr.,* for petitioners. *Julius C. Michaelson,* Attorney General, *J. Peter Doherty,* Special Asst. Attorney General, *Jeremiah S. Jeremiah, Jr.,* Asst. City Solicitor, for respondents.

M. P. No. 75-202. ROBERT J. DIEHL *v.* DAWN DIEHL. Petition for writ of certiorari is granted. The stay of the decree of the Family Court dated July 9, 1975, previously granted is vacated.

Mr. Justice Doris is of the opinion that the stay should remain in effect. *Alfred Factor,* for petitioner. *A. Norman LaSalle,* for respondent.

C. A. No. 74-54. STATE *v.* RAYMOND WILBUR *et al.* Motion for reduction of sentence is denied. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *Joseph A. Capineri, Paul J. DiMaio,* for defendants.